THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK L. LIEBO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEDAR SHAKE & SHINGLE BUREAU, a Washington nonprofit corporation; WALDUN FOREST PRODUCTS, LTD, a British Columbia corporation; and ANBROOK INDUSTRIES LTD, a British Columbia corporation,<br><br>Defendants. | Case No. 2:19-cv-00288-MJP<br><br>**ORDER REGARDING AMENDED COMPLAINT AND EXTENSION OF DATE TO RESPOND** |

**ORDER**

This matter comes before the Court on Plaintiff Jack L. Liebo ("Plaintiff") and Defendant Cedar Shake & Shingle Bureau's ("CSSB") Stipulation regarding Plaintiff's proposed consolidated and amended complaint and the deadline for an answer to such complaint by CSSB, or a briefing schedule for any motion to dismiss.

Having reviewed the parties' Stipulation and good cause appearing, the Court **ORDERS**:

1. Given that Plaintiff intends to file a consolidated and amended complaint, CSSB's deadline to answer or otherwise respond to Plaintiff's initial complaint (Dkt. 1) is deferred.

2. CSSB shall have 45 days after Plaintiff's filing of a consolidated and amended complaint to answer or otherwise respond to the amended complaint.

ORDER REGARDING AMENDED COMPLAINT AND EXTENSION OF
DATE TO RESPOND
(No. 2:19-cv-00288-MJP) - 1

3. If the CSSB elects to respond to Plaintiff's consolidated and amended complaint by moving to dismiss pursuant to Federal Rule of Civil Procedure 12, then Plaintiff's opposition is due within 45 days, and CSSB's reply is due 21 days after the filing of Plaintiff's opposition.

4. In the event Plaintiff decides not to file an amended complaint, counsel for Plaintiff will notify counsel for CSSB, and counsel for the parties will meet and confer and attempt to reach agreement on the date for CSSB to respond to Plaintiff's complaint or on a briefing schedule for any motion to dismiss. The parties will then submit the agreed date or briefing schedule to the Court for its consideration and approval, or advise the Court they have not been able to reach agreement, within ten days CSSB's counsel has been so notified.

5. Defendants Waldun Forest Products, Ltd. and Anbrook Industries, Ltd. have not yet appeared in this matter, but if and when they do, they will be permitted to join in this Stipulation and Order.

IT IS SO ORDERED.

DATED this _27th_ day of __March__, 2019.

Marsha J. Pechman
United States Senior District Judge

*Presented by:*

LANE POWELL PC

BY:     S/HEIDI B. BRADLEY
    Larry S. Gangnes, WSBA No. 08118
    Heidi B. Bradley, WSBA No. 35759
    David W. Howenstine, WSBA No. 41216
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, WA  98111-9402
    Telephone: 206.223.7000 // Facsimile: 206.223.7107
    gangnesl@lanepowell.com
    bradleyh@lanepowell.com
    howenstined@lanepowell.com
*Attorneys for Defendant Cedar Shake & Shingle Bureau*

**KELLER ROHRBACK L.L.P.**

By s/Mark A. Griffin
By s/Raymond J. Farrow
Mark A. Griffin, WSBA #16296
Raymond J. Farrow, WSBA #31782
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com
rfarrow@kellerrohrback.com

W. Joseph Bruckner (MN#0147758)
Elizabeth R. Odette (MN#0340698)
Brian D. Clark (MN#00390069)
Arielle S. Wagner (MN#00398332)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

Nathan D. Prosser (MN#0329745)
Anne T. Regan (MN#0333852)
Michael P. Srodoski (MN#0398250)
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Minneapolis, MN 55439
Phone: (952) 941-4005
Fax: (952) 941-2337
nprosser@hjlawfirm.com
aregan@hjlawfirm.com
msrodoski@hjlawfirm.com

*Attorneys for Plaintiff Jack L. Liebo*

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the United States, that on the 21st day of March, 2019, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to all CM/ECF participants.

DATED this 21st day of March, 2019.

                                         s/Heidi B. Bradley
                                         Heidi B. Bradley