UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK L LIEBO, | CASE NO. C19-288 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CEDAR SHAKE & SHINGLE BUREAU, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel (Dkt. No. 26) is STRICKEN and may be re-noted at a later date as appropriate.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 15, 2019.

    William M. McCool
    Clerk of Court

    s/Paula McNabb
    Deputy Clerk