UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

*In re Cedar Shakes and Shingles Antitrust Litigation*

This Document Relates to:
ALL CLASS ACTIONS

CASE NO. 2:19-cv-00288-MJP

**STIPULATED MOTION AND ORDER REGARDING BRIEFING ON MOTIONS TO DISMISS**

**Note on Motion Calendar: September 20, 2019**

**Whereas,** Plaintiffs in each of the Class Actions filed Amended Complaints on August 27, 2019;

Whereas, pursuant to the Parties' Joint Status Report, filed on July 24, 2019, Defendants intend to move to dismiss the three Amended Complaints on September 27, 2019;

Whereas, under the default rules, each defendant would be entitled to file separate, 24-page motions as to each Amended Complaint, and plaintiffs in each action would be entitled to file separate, 24-page responses to each motion to dismiss; and

Whereas, the Court has directed that the parties avoid duplicative briefing on overlapping issues wherever possible;

**Now therefore,** pursuant to Local Civil Rule 10(g), the parties file this stipulated motion seeking the Court's Order that:

Defendants shall file a single, omnibus motion to dismiss all three Amended Complaints filed in the Class Actions;

The omnibus motion shall be filed on September 27, 2019;

Defendants' omnibus motion to dismiss shall be limited in length to 45 pages;

Additionally, each defendant group except Cedar Shake & Shingle Bureau may file a separate motion addressing issues unique to that defendant group, with those separate motions to be filed on September 27, 2019, and limited in length to 5 pages per defendant group;

Plaintiffs in All Class Actions shall file response memoranda on October 25, 2019, which collectively shall not exceed the pages allocated to defendants collectively above; and

Defendants' replies in support of their motions to dismiss shall be limited to 30 pages, and shall be filed on November 8, 2019,

**Stipulated and Agreed** this 20th Day of September, 2019.

**LANE POWELL PC**

By: _/s/ Joseph D. Adamson_
    Jessica Walder, WSBA #47676
    Larry Steven Gangnes, WSBA #8118
    Heidi Brooks Bradley, WSBA #35759
    Joseph Adamson, WSBA #54752
    1420 Fifth Avenue, Suite 4200
    Seattle, WA 98111-9402
    Phone: (206) 223-7035
    Fax: (206) 223-7107
    walderj@lanepowell.com
    gangnesl@lanepowell.com
    bradleyh@lanepowell.com
    adamsonj@lanepowell.com

*Attorneys for Cedar Shake & Shingle Bureau*

| | |
|---|---|
| **MCNAUL EBEL NAWROT & HELGREN PLLC**<br><br>By: _/s/ Christopher J. Cormier_ (w/ consent)<br>    Gregory J Hollon, WSBA #26311<br>    600 University Street, Suite 2700<br>    Seattle, WA 98101-3143<br>    Phone: (206) 467-1816<br>    Fax: (206) 624-5128<br>    ghollon@mcnaul.com<br><br>*Liaison Counsel for the Proposed Reseller Plaintiff Classes*<br><br>**BURNS CHAREST LLP**<br>Christopher J Cormier<br>5290 Denver Tech Center Pkway, Suite 150<br>Greenwood Village, CO 80111<br>Phone: (720) 630-2092<br>ccormier@burnscharest.com<br><br>**BURNS CHAREST LLP**<br>Warren T. Burns<br>Spencer M Cox<br>William B. Thompson<br>900 Jackson Street, Suite 500<br>Dallas, TX 75202<br>Phone: (469) 904-4550<br>wburns@burnscharest.com<br>scox@burnscharest.com<br>wthompson@burnscharest.com<br><br>**BURNS CHAREST LLP**<br>Lydia A Wright<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Phone: (504) 799-2845<br>lwright@burnscharest.com<br><br>**STOLL STOLL BERNE LOKTING & SHLACHETER PC**<br>Keith Dubanevich<br>Keil M. Mueller<br>Lydia Anderson-Dana<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Phone: (503) 227-1600<br>kdubanevich@stollberne.com<br>kmueller@stollberne.com<br>landersondana@stollberne.com | **TOUSLEY BRAIN STEPHENS**<br><br>By: _/s/ Kim D. Stephens_ (w/ consent)<br>    Kaleigh N.B. Powell, WSBA #52684<br>    Kim D. Stephens, WSBA #11984<br>    Jason Dennett, WSBA #30686<br>    1700 Seventh Avenue, Suite 22200<br>    Seattle, WA 98101<br>    Phone: (206) 682-5600<br>    kpowell@tousley.com<br>    kstephens@tousley.com<br>    jdennett@tousley.com<br><br>**HAUSFELD LLP**<br>Bonney Sweeney<br>Samantha Stein<br>600 Montgomery Street, Suite3200<br>San Francisco, CA 94111<br>Phone: (415) 633-1908<br>bsweeney@hausfeld.com<br>sstein@hausfeld.com<br><br>**HAUSFELD LLP**<br>James J. Pizzirusso<br>Nathaniel C. Giddings<br>Paul Gallagher<br>1700 K Street NW, Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>jpizzirusso@hausfeld.com<br>ngiddings@hausfeld.com<br>pgallagher@hausfeld.com<br><br>*Co-Lead Counsel for the Proposed Direct Purchaser Plaintiff Class* |

*Co-Lead Counsel for the Proposed Reseller Plaintiff Classes*

**KELLER ROHRBACK L.L.P.**

By: */s/ Brian D. Clark* (with consent)
    Mark A. Griffin, WSBA #16296
    Raymond J. Farrow, WSBA #31782
    Karin B. Swope, WSBA #24015
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Phone: (206) 623-1900
    Fax: (206) 623-3384
    mgriffin@kellerrohrback.com
    rfarrow@kellerrohrback.com
    kswope@kellerrohrback.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
W. Joseph Bruckner (MN#0147758)
Elizabeth R. Odette (MN#0340698)
Brian D. Clark (MN#00390069)
Arielle S. Wagner (MN#00398332)
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

*Co-Lead Counsel for the Proposed End User Plaintiff Classes*

**STOKES LAWRENCE**

By: */s/ Mathew L. Harrington* (w/ consent)
    Mathew L. Harrington, WSBA #33276
    1420 Fifth Avenue, Suite 3000
    Seattle, WA 98101-2393
    Phone: (206) 626-6000
    MLH@stokeslaw.com

*Attorneys for Waldun Forest Products Ltd. and Waldun Forest Products Partnership d/b/a The Waldun Group*

| | |
|---|---|
| **YARMUTH LLP**<br><br>By: _/s/ Molly A. Terwilliger_ (w/ consent)<br>    Elizabeth Simson Weinstein, WSBA #45763<br>    Molly A. Terwilliger, WSBA #28449<br>    1420 5TH Avenue, Suite 1400<br>    Seattle, WA 98101<br>    Phone: (206) 516-3800<br>    Fax: (206) 516-3888<br>    eweinstein@yarmuth.com<br>    mterwilliger@yarmuth.com<br><br>***Attorneys for Anbrook Industries Ltd.*** | **HILLIS CLARK MARTIN & PETERSON**<br><br>By: _/s/ Jake Ewart_ (w/ consent)<br><br>    Laurie Lootens Chyz, WSBA #14297<br>    Jake Ewart, WSBA #38655<br>    Jessica C. Kerr, WSBA #49866<br>    999 Third Avenue, Suite 4600<br>    Seattle, WA 98104<br>    Phone: (206) 623-1745<br>    laurie.chyz@hcmp.com<br>    jake.ewart@hcmp.com<br>    jessica.kerr@hcmp.com<br><br>***Attorneys for G&R Cedar Ltd. and G&R Cedar (2009) Ltd.*** |

**IT IS SO ORDERED.**

Dated:  __September 26___, 2019.

_/s/ Marsha J. Pechman_

Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION AND ORDER REGARDING BRIEFING ON
MOTIONS TO DISMISS
(2:19-CV-00288-MJP) - 6