UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *IN RE CEDAR SHAKE & SHINGLE ANTITRUST LITIGATION*<br><br>This Document Relates to: End User Action | No. 2:19-cv-00288-MJP<br><br>ORDER GRANTING UNOPPOSED MOTION TO SEAL |

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion to Seal Exhibit A to the Stipulated Request for International Judicial Assistance (Letters Rogatory Regarding Telephone Records).

Having reviewed the motion and all filings related to the motion, it is HEREBY ORDERED that:

Plaintiff's Unopposed Motion to Seal Exhibit A to both the Letters Rogatory to Telus Communications and to Rogers Communications, filed herewith, is GRANTED.

DATED this _9th_ day of December 2019.

*/s/ Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge