1                                          The Honorable Marsha J. Pechman

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8                            AT SEATTLE

9    *IN RE CEDAR SHAKE & SHINGLE*         No. 2:19-cv-00288-MJP
*ANTITRUST LITIGATION*

10

11   This Document Relates to:           UNOPPOSED MOTION AND
█████████ ORDER GRANTING
LETTERS ROGATORY RE:

12   All Class Actions                TELEPHONE RECORDS TO TELUS
COMMUNICATIONS INC.

13

14                    **I.    UNOPPOSED MOTION**

15        Pursuant to Federal Rule of Civil Procedure 28(b)(3) and 28 U.S.C. 1781(b)(2),

16   undersigned Plaintiffs ("Plaintiffs") move this Court for an Order issuing the attached Letters

17   Rogatory to the appropriate authorities in British Columbia, Canada for the telephone records of

18   certain executives and competitors of Defendants in this case.  Plaintiffs seek telephone records

19   of telephone calls made to and from executives and competitors of Defendants in Canada.

20   Defendants have been consulted and do not oppose this motion.

21        Courts have the inherent authority to issue Letters Rogatory and Letters of Request to

22   foreign nations, and may request that the foreign nation order a witness to provide testimony that

23   will aid in the resolution of a matter pending in the United States. *See United States v. Reagan*,

24   453 F.2d 165, 172 (6th Cir. 1971); *United States v. Staples*, 256 F.2d 290, 292 (9th Cir. 1958). In

25   addition, federal statutes provide for the issuance of Letters Rogatory by a federal court. Under

26   28 U.S.C. § 1781(b)(2), a tribunal in the United States may directly transmit a Letter Rogatory or

UNOPPOSED MOTION AND ███████ ORDER GRANTING
FOR LETTERS ROGATORY RE: TELEPHONE RECORDS (19-
00288-MJP) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | request to a foreign or international tribunal. The British Columbia Evidence Act also provides

2 | that a court outside of Canada may serve Letters Rogatory upon a Canadian court. British

3 | Columbia Evidence Act, R.S.B.C. 1996, C. 124 § 53.

4 | On applications for the issuance of Letters Rogatory, the Court will not ordinarily weigh

5 | the evidence to be elicited, nor will the Court determine whether the witnesses will be able to

6 | provide the anticipated testimony. *B&L Drilling Electronics v. Totco*, 87 F.R.D. 543, 545 (W.D.

7 | Okla. 1978). Rather, "good reason" must be shown for denying the issuance of a Letter

8 | Rogatory. *Zassenhaus v. Evening Star Newspaper Co.*, 404 F.2d 1361, 1364 (D.C. Cir. 1968).

9 | Here, Plaintiffs seek to obtain telephone records to provide further evidence to prove the

10 | allegations in their Second Amended Complaint filed in the above referenced case, namely that

11 | the alleged co-conspirators furthered the conspiracy to coordinate price fixing for cedar shakes

12 | and shingles over the phone. For example, Plaintiffs allege that Mr. Dziedzic, G & R's Sales

13 | Manager spoke on the phone with some competitors, either Brooke Meeker of Anbrook

14 | Industries or Curtis Walker of Waldun Forest Products, who asked him to raise G & R's shake

15 | and shingle prices. Pl. Liebo's Second Amended Complaint, ¶ 201.

16 | Plaintiffs further allege Defendants Waldun and CSSB "pressure[d] Teal to raise its prices

17 | via phone conversations." *Id.* at ¶ 218. Plaintiffs allege that, "on multiple occasions during the

18 | last 10 years, Curtis Walker made calls to Pacific Cedar's Vice President Kathy Klassen, in which

19 | he told her that her company's cedar shake and shingle prices were too low and urged her to raise

20 | those prices to levels recommended by Mr. Walker." *Id.* at ¶ 219. Plaintiffs allege that "[o]n

21 | multiple occasions … Curtis Walker made calls to Bill Maitland of Goat Lake Cedar in which he

22 | asked Mr. Maitland to raise his company's cedar shake and shingle prices to levels recommended

23 | by Mr. Walker. *Id.* at ¶ 220. Plaintiffs seek phone records of these and other calls to prove their

24 | case.

25 | Moreover, the issuing of a Letter Rogatory will not be overly burdensome. Plaintiffs seek

26 | telephone records of only 56 telephone numbers from January 1, 2011 to the date of collection.

UNOPPOSED MOTION AND ██████ ORDER GRANTING
FOR LETTERS ROGATORY RE: TELEPHONE RECORDS (19-
00288-MJP) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   These documents are regularly produced by TELUS Communications Inc., as evidenced by the

2   fact that that they have a policy for producing telephone records, i.e., one has to submit a filed

3   Court Order in order to obtain copies of records.

4       Further, Plaintiffs have volunteered to pay reasonable fees and judicial costs associated

5   with the requested production of telephone records.  Plaintiffs have been informed by TELUS

6   Communications Inc. that they will produce telephone records only pursuant to a filed court Order.

7   Thus, it is necessary to compel production of telephone records through a Letter Rogatory.

8       Defendants do not oppose the issuance of Letters Rogatory compelling the phone records

9   of the executives of defendants in this case listed in the attached Exhibit A.  Defendants' non-

10  opposition is made without prejudice to its right to oppose the introduction of any documents or

11  information obtained from TELUS Communications Inc. based on any objection allowed by the

12  Federal Rules of Civil Procedure or other applicable law.  Defendants expressly reserve all

13  evidentiary and trial objections.  Defendants further reserve the right to obtain from Plaintiffs

14  copies of all documents obtained from TELUS Communications Inc. pursuant to the Letters

15  Rogatory.

16

17      DATED this 3rd day of December, 2019.

**KELLER ROHRBACK L.L.P.**

18

19  By: */s/Karin B. Swope*
        Mark A. Griffin, WSBA #16296
        Raymond J. Farrow, WSBA #31782
20      Karin B. Swope, WSBA #24015
        1201 Third Avenue, Suite 3200
21      Seattle, WA 98101
        Phone: (206) 623-1900
22      Fax: (206) 623-3384
        mgriffin@kellerrohrback.com
23      rfarrow@kellerrohrback.com
        kswope@kellerrohrback.com
24

25      **LOCKRIDGE GRINDAL NAUEN**
        **P.L.L.P.**
26      W. Joseph Bruckner (MN#0147758)

UNOPPOSED MOTION AND ███████ ORDER GRANTING
FOR LETTERS ROGATORY RE: TELEPHONE RECORDS (19-
00288-MJP) - 3

Elizabeth R. Odette (MN#0340698)
Brian D. Clark (MN#00390069)
Arielle S. Wagner (MN#00398332)
100 Washington Avenue S., Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
erodette@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

***Co-Lead Counsel for the Proposed End User Plaintiff Classes***

**MCNAUL EBEL NAWROT & HELGREN PLLC**
Gregory J Hollon, WSBA #26311
600 University Street, Suite 2700
Seattle, WA 98101-3143
Phone: (206) 467-1816
Fax: (206) 624-5128
ghollon@mcnaul.com

***Liaison Counsel for the Proposed Reseller Indirect Purchaser Plaintiff Classes***

**BURNS CHAREST LLP**
Christopher J Cormier
5290 Denver Tech Center Pkway, Suite 150
Greenwood Village, CO 80111
Phone: (720) 630-2092
ccormier@burnscharest.com

**BURNS CHAREST LLP**
Warren T. Burns
Spencer M Cox
William B. Thompson
900 Jackson Street, Suite 500
Dallas, TX 75202
Phone: (469) 904-4550
wburns@burnscharest.com
scox@burnscharest.com
wthompson@burnscharest.com

**TOUSLEY BRAIN STEPHENS**
Kaleigh N.B. Powell, WSBA #52684
Kim D. Stephens, WSBA #11984
Chase C. Alvord, WSBA #26080
1700 Seventh Avenue, Suite 22200
Seattle, WA 98101
Phone: (206) 682-5600
kpowell@tousley.com
kstephens@tousley.com
calvord@tousley.com

**HAUSFELD LLP**
Bonney Sweeney
Samantha Stein
600 Montgomery Street, Suite3200
San Francisco, CA 94111
Phone: (415) 633-1908
bsweeney@hausfeld.com
sstein@hausfeld.com

**HAUSFELD LLP**
James J. Pizzirusso
Nathaniel C. Giddings
Paul Gallagher
1700 K Street NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
jpizzirusso@hausfeld.com
ngiddings@hausfeld.com

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

pgallagher@hausfeld.com

**BURNS CHAREST LLP**
Lydia A Wright
365 Canal Street, Suite 1170
New Orleans, LA 70130
Phone: (504) 799-2845
lwright@burnscharest.com

***Co-Lead Counsel for the Proposed Direct
Purchaser Plaintiff Class***

**STOLL BERNE LOKTING &
SHLACHETER PC**
Keith Dubanevich
209 SW Oak Street, Suite 500
Portland, OR 97204
Phone: (503) 227-1600
kdubanevich@stollberne.com

***Co-Lead Counsel for the Proposed Indirect
Purchaser Plaintiff Classes***

## II.  ████████ ORDER

Upon consideration of the pleadings, declarations, and orders filed to date in this case, the
Court finds and orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

The Court, having reviewed the submitted material and relevant authority, and therefore
being fully informed, GRANTS Plaintiffs' Unopposed Motion and Proposed Order For Letters
Rogatory Re Telephone Records and will execute the Letters Rogatory without delay.

IT IS SO ORDERED.

DATED this __6__ day of December 2019.

_____
Honorable Marsha J. Pechman
United States District Court Judge

UNOPPOSED MOTION AND ████████ ORDER GRANTING
FOR LETTERS ROGATORY RE: TELEPHONE RECORDS (19-
00288-MJP) - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384