UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *IN RE CEDAR SHAKE AND SHINGLE ANTITRUST LITIGATION* <br><br> _____ <br><br> This document relates to: <br><br> ALL CLASS ACTIONS | CASE NO. C19-288 MJP <br><br> ORDER RE: LCR 37 SUBMISSION REGARDING PLAINTIFFS' MOTION TO COMPEL DISCOVERY |

The above-entitled Court, having received and reviewed the LCR 37 Submission Regarding Plaintiffs' Motion to Compel (Dkt. No. 140), all attached declarations and exhibits, and relevant portions of the record; and having heard oral argument from the parties, rules as follows:

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the parties (Plaintiffs and the Waldun Defendants) will meet and confer within 5 business days. At that meeting: (1) the parties will identify the search terms which Plaintiffs' pending request has in common with the successful production requests

submitted to all other Defendants; (2) Plaintiffs will make a good faith effort to fine tune their search terms and eliminate everything that is either impermissible or will not produce what they are looking for; and (3) the Waldun Defendants will identify the terms which will give "false hits." The end result will be the search terms which the Waldun Defendants are required to run.

IT IS FURTHER ORDERED that the Waldun Defendants are to turn over the results of their document search by **March 6, 2020.** The Waldun Defendants are permitted (and encouraged) to select a neutral party to conduct any document review they desire prior to turning over the discovery.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 3, 2020.

Marsha J. Pechman
United States Senior District Judge