FILED

UNITED STATES COURT OF APPEALS

JUL 22 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JACK L. LIEBO, individually and on behalf of all others similarly situated; et al.,<br><br>　　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>CEDAR SHAKE & SHINGLE BUREAU, a Washington nonprofit corporation; et al.,<br><br>　　　　　Defendants-Appellees. | No.　20-35272<br><br>D.C. No. 2:19-cv-00288-MJP<br>Western District of Washington, Seattle<br><br><br>ORDER |

The parties' stipulated motion to voluntarily dismiss this appeal (docket entry no. 25) is granted. Fed. R. App. P. 42(b). As stated in the stipulated motion each side shall bear its own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By:  Lynn Warton
Deputy Clerk

7/21/20